# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON VERRET

VERSUS

MATT VERRETT AND JENNIFER
BLUSKE

NO.  2025 CW 1156

**FEBRUARY 23, 2026**

---

In Re:  Sharon Verret, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 194338.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This court is unable to ascertain timeliness of this writ application and requires a copy of the complete transcript of the May 1, 2025 hearing and notice of the mailing of the February 22, 2024 order issued by the clerk of court.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, including the items noted above and documentation to show this writ was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 9, 2026, and must contain a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT